IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                                             CHAPTER 13

SHONTAIL M. WELLS                       CASE NO.: 15-80056-CRJ-13
SSN: xxx-xx-4053

         Debtor.

## DEBTOR'S SUBMISSION OF PRE-CONFIRMATION
## AMENDMENT TO CHAPTER 13 BANKRUPTCY PLAN

      COMES NOW the Debtor, SHONTAIL M. WELLS, and hereby submits her pre-confirmation amendment to Chapter 13 Plan to provide for the assumption of the lease with American Financial, Inc., to provide for payment of post-petition lease payments that have come due as an administrative expense under the plan, to correct the arrears amounts owed to ServiSolutions, to provide for the surrender of the secured shares at Redstone Federal Credit Union to the Credit Union and to provide for the surrender of the Kirby vacuum cleaner to United Consumer Financial and as ground therefore would show as follows:

      1.       The Debtor is amending her Chapter 13 Plan to provide for the assumption of the lease with American Financial, Inc., to provide for the payment of post-petition lease payments as an administrative expense under the plan, to correct the amount of arrears owed to ServiSolutions as servicer for Alabama Housing Finance Authority and to provide for the surrender of the shares in Redstone Federal Credit Union that are secured by the Credit Union and further to provide for the surrender of the vacuum cleaner to United Consumer Financial.

      2.       A copy of the Amended Chapter 13 Plan Summary is attached hereto which the Debtor prays would be ratified and confirmed by this Honorable Court.

      3.       The Debtor is further reducing her payment to the sum of $230.00 per month for the remaining 55 months of the plan beginning July, 2015 in addition to the $2,322.00 already paid by the Debtor into her plan.

      WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Debtor, Shontail M. Wells, hereby submits her pre-confirmation amendment to Chapter 13 plan and would pray that said plan would be ratified and confirmed by this Honorable Court.

                                                             /s/ Shontail M. Wells
                                                            SHONTAIL M. WELLS, Debtor

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtor
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

I, G. John Dezenberg, Jr., do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U. S. Mail, postage prepaid and properly addressed to the following:

Allison Neison, Claim Signatory
Alabama Housing Finance Authority
PO Box 242928
Montgomery, AL 36124-2928

Jewel Graham, Claim Signatory
Redstone Federal Credit Union
220 Wynn Drive
Huntsville, AL 35893

Susan Karder, Claim Signatory
United Consumer Financial Svcs.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell, Ste 200
Tucson, AZ 85712

Hon. Michael Ford, Trustee
PO Box 2388
Decatur, AL 35602

Hon. Michael P. Huff
Attorney for American Financial, Inc.
Bradley Arant Boult Cummings LLP
200 Clinton Ave. W, Ste 900
Huntsville, AL 35801-4900

Hon. C. Howard Grisham
Attorney for Redstone Federal Credit Union
PO Box 5585
Huntsville, AL 35814

And to all parties listed on the Debtor's Mailing Matrix as attached hereto.

THIS 19th day of June, 2015.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

Label Matrix for local noticing
1126-8
Case 15-80056-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Jun 19 09:19:03 CDT 2015

Merchants Adjustment Service
c/o Parnell & Crum P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Ally Financial
PO Box 380901
Bloomingtom, MN 55438-0901

Dash Net USA
200 West Jackson Ste 1400
Chicago, IL 60606-6929

Enhanced Recovery Company
P.O. Box 57547
Jacksonville, FL 32241-7547

Huntsville Surgical Assoc.
101 Sivley Rd., Ste. 400
Huntsville, AL 35801-5177

p)KNOLOGY INC
1241 O G SKINNER DRIVE
WEST POINT GA 31833-1789

Lincoln Medical Center
PO Box 637
Fayetteville, TN 37334-0637

p)NATIONWIDE RECOVERY SERVICE
PO BOX 8005
CLEVELAND TN 37320-8005

Sasser, Sefton & Brown, PC
Dowdy J. Brown, Esq.
445 Dexter Ave., Ste 8050
Montgomery, AL 36104-3895

Alabama Housing Finance Authority
PO Box 242928
Montgomery, AL 36124-2928

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

American Financial, Inc.
Bradley Arant Boult Cummings LLP
c/o Michael P Huff
200 Clinton Ave W Suite 900
Huntsville AL 35801-4900

Comcast Cable
2047 Max Luther Drive
Huntsville, AL 35810-3878

Franklin Collection Service
2978 W. Jackson St.
Tupelo, MS 38801-6731

Huntsville Surgical Associates Trauma
c/o Franklin Collection Service
PO Box 3910
Tupelo, MS 38803-3910

LINCOLN EMERGENCY DEPARTMENT
Revenue Recovery Corporation
PO Box 50250
Knoxville, TN 37950-0250

Merchants Adj Service
PO Box 7511
Mobile, AL 36670-0511

Redstone Federal Credit Union
220 Wynn Drive
Huntsville, AL 35893-0001

ServiSolutions
PO Box 242928
Montgomery, AL 36124-2928

American Financial, Inc.
d/b/a American Financial Leasing, Inc.
3777 University Drive NW
Huntsville, AL 35816-3139

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

CMI
4200 International Parkway
Carrollton, TX 75007-1930

Dr. William Layman
PO Box 1587
Dickson, TN 37056-1587

Huntsville Hospital Anesthesia
PO Box 1048
Huntsville, AL 35807-0048

Infinity Auto Insurance Co.
c/o Credit Collection Service
PO Box 9134
Needham Heights, MA 02494-9134

Lincoln Emergency Dept.
PO Box 637
Fayetteville, TN 37334-0637

Merchants Adjustment Service
c/o Parnell & Crum, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189

Revenue Recovery Corp.
P.O. Box 50250
Knoxville, TN 37950-0250

Stonebridge Medical
PO Box 1077
Fayetteville, TN 37334-1077

| US DEPT OF EDUCATION | US Dept. of Education/GL | United Consumer Fin Svc |
| --- | --- | --- |
| CLAIMS FILING UNIT | PO Box 7859 | 865 Bassett Rd. |
| PO BOX 8973 | Madison, WI 53707-7859 | Westlake, OH 44145-1194 |
| MADISON, WI 53708-8973 | | |

United Consumer Financial Services
Bass & Associates, P.C.
3936 E Ft. Lowell Road, Suite # 200
Tucson, AZ 85712-1083

WILLIAM LAYMAN, MD
Revenue Recovery Corporation
PO Box 50250
Knoxville, TN 37950-0250

G. John Dezenberg Jr.
908-C N Memorial Parkway
Huntsville, AL 35801-5813

Michael Ford
Chapter 13 Standing Trustee
P.O. Box 2388
Decatur, AL 35602-2388

Shontail M. Wells
607 Argyle Rd. NW
Huntsville, AL 35811-1301

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Technology of Huntsville
401 10th St. SW
Huntsville, AL 35805

Nationwide Recovery Service
545 W. Inman St.
Cleveland, TN 37311

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alabama Housing Finance Authority
PO Box 242928
Montgomery, AL 36124-2928

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38

AMENDED CHAPTER 13 PLAN

Case No.: **15-80056**

Debtor(s): **Shontail M. Wells**        SS#: **xxx-xx-4053**        Net Monthly Earnings: **559.53**

SS#: _____        Number of Dependents: **1**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Qualitest Vintage Pharm.** for
   $ **230.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly x 55 months beginning July, 2015 in addition to the $2,322.00 paid..

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **33,600.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| American Financial, Inc. | Post-Petition Lease Payments | $2,313.88 | $190.00 |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **660.00** to be paid at confirmation and $ **220.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| ServiSolutions | $66,815.10 | ☐ by Trustee ☑ by Debtor $491.18 | 2/2015 | $6,606.71 | 7 | 4.50% | $122.00 |
| ServiSolutions | $1,801.00 | ☐ by Trustee ☑ by Debtor $20.21 | 2/2015 | $126.31 | 7 | 4.50% | $4.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| American Financial, Inc. | $19,203.00 | $429.17 | 2013 Dodge Avenger | Lease |
| US Department of Education | $10,521.33 | -0- | Student Loan | 5+ years |

IV. Special Provisions:

   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **1/22/15**.
   ☑ This plan proposes to pay unsecured creditors **pro rata** %.
   ☑ Other Provisions:
   (1) From the plan payments received, the Trustee shall first pay any unpaid filing fees and administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest possible time, with the balance going toward paying attorney fees until paid in full. When these costs have been paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the Trustee shall then be distributed pro rata to properly filed unsecured claims.
   (2) Student Loan to be paid by Debtor direct - currently in deferred status.
   (3) Debtor <u>Assumes</u> lease with American Financial, Inc., on 2013 Dodge Avenger. Post-Petition arrears to be paid through plan as an administrative claim. Lease payments to be made by Debtor direct.
   (4) Debtor surrenders shares in Redstone Federal Credit Union to Redstone Federal Credit Union on share - secured credit card. Stay to lift on these funds upon confirmation.
   (5) Debtor surrenders all interest in Kirby Vacuum Cleaner to United Consumer Financial. Stay to lift on this vacuum cleaner upon confirmation.

Attorney for Debtor Name/Address/Telephone #
G. John Dezenberg, Jr. ASB-3786-R78G

**908-C North Memorial Pkwy**
**Huntsville, AL 35801**

Telephone #    **256-533-5097**

Date **6/18/15**

/s/ Shontail M. Wells
**Shontail M. Wells**
Signature of Debtor