```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                                    Case No. 15-80056-CRJ
Shontail M. Wells                                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-8        User: rleatherw           Page 1 of 1              Date Rcvd: Jul 23, 2015
                            Form ID: pdf000           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2015.
```
db              +Shontail M. Wells,    607 Argyle Rd. NW,    Huntsville, AL 35811-1301
cr              +American Financial, Inc.,    d/b/a American Financial Leasing, Inc.,    3777 University Drive NW,
                  Huntsville, AL 35816-3139
cr              +Merchants Adjustment Service,    c/o Parnell & Crum P.A.,    P.O. Box 2189,
                  Montgomery, AL 36102-2189
8521769         +United Consumer Fin Svc,    865 Bassett Rd.,    Westlake, OH 44145-1194
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: rgriffith@servsol.com Jul 24 2015 01:20:30      Alabama Housing Finance Authority,
                  PO Box 242928,    Montgomery, AL 36124-2928
8540176         +E-mail/Text: bnc@bass-associates.com Jul 24 2015 01:17:56
                  United Consumer Financial Services,    Bass & Associates, P.C.,
                  Attn: Tyrus Trueblood and Susan Karder,    3936 E Ft. Lowell Road, Suite # 200,
                  Tucson, AZ 85712-1083
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2015 at the address(es) listed below:
```
              Charles N Parnell    on behalf of Creditor    Merchants Adjustment Service bkrp@parnellcrum.com
              G. John Dezenberg, Jr.    on behalf of Debtor Shontail M. Wells dezlaw@bellsouth.net,
               smedders@bellsouth.net;dezlawecf@gmail.com
              G. John Dezenberg, Jr.    on behalf of Plaintiff Shontail M. Wells dezlaw@bellsouth.net,
               smedders@bellsouth.net;dezlawecf@gmail.com
              Michael   Ford    ecf@ch13decatur.com
              Michael P Huff    on behalf of Defendant    American Financial, Inc. mhuff@babc.com,
               dcates@babc.com
              Michael P Huff    on behalf of Creditor    American Financial, Inc. mhuff@babc.com, dcates@babc.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
}
}
Shontail M. Wells } Case No. 15-80056-CRJ
SSN: XXX-XX-4053 }
} Chapter 13
}
}
Debtor(s) }
}
}

**ORDER ON OBJECTION TO CLAIM**

This case came before the Court for consideration of the following Debtor's Objection to Claim:

Doc. No: 46: Objection to Claim No. 5 of United Consumer Financial Services

Notice and opportunity to request a hearing on the Objection were given, and no request for hearing or response was filed. The Court considered the Objection, and it appears that the Objection should be sustained.

It is therefore ORDERED, ADJUDGED and DECREED that the Debtor's Objection is hereby SUSTAINED.

Dated this the 23rd day of July, 2015.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge